2:04-306 PMD-1

To Patrick Duffy

I'm writting you concerning the New crack law. Does my case fit the Requirment. I had crack in my initional case. Could you please write back and let me know if I'm eligible for the reduction.

Thank SiR

MR. Duffy

**DENIED**

*Patrick Michael Duffy*
PATRICK MICHAEL DUFFY
United States District Judge

April 19, 2012